

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Thomas Earl Whitfield,                    * Original Mandamus Proceeding

No. 11-23-00072-CR                              * April 20, 2023

                                                * Per Curiam Memorandum Opinion
                                                  (Panel consists of: Bailey, C.J.,
                                                  Trotter, J., and Williams, J.)

    This court has inspected the record in this cause and concludes that Relator's petition for writ of mandamus should be denied. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is denied.